## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Benson Derann Manento, Marcus Latrell Foster individually, and Marcus Latrell as parent and natural guardian of N.F., a minor | Court File No.: 23-cv-00566 (JRT/TNL) |
| Plaintiff, | |
| v. | **THE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| Domenic Scudera, Daniel Hoover, Jacob Kurschner, Ryan Puls, Ryan Bohland, and Dakota County, | |
| Defendants. | |

The defendants respectfully move the Court for an order dismissing the complaint because it fails to state a claim upon which relief can be granted. The County bases its motion on Federal Rule of Civil Procedure 12(c) and all supporting memoranda and other documents filed in accordance with Local Rule 7.1

Dated: April 5, 2023

**KATHRYN M. KEENA**
**DAKOTA COUNTY ATTORNEY**

By: /s/William M. Topka
    William M. Topka (#0339003)
Assistant County Attorney
1560 Highway 55
Hastings, Minnesota 55033
(651) 438-4438
william.topka@co.dakota.mn.us

*Attorneys for Domenic Scudera, Daniel Hoover, Jacob Kurschner, Ryan Puls, Ryan Bohland, and Dakota County*