UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Benson Derann Manento, Marcus Latrell Foster individually, and Marcus Latrell as parent and natural guardian of N.F., a minor<br><br>Plaintiff,<br><br>v.<br><br>Domenic Scudera, Daniel Hoover, Jacob Kurschner, Ryan Puls, Ryan Bohland, and Dakota County,<br><br>Defendants. | Court File No.: 23-cv-00566 (JRT/TNL)<br><br><br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

**PLEASE TAKE NOTICE** that a hearing on the defendant's motion for judgment on the pleadings will be held on a date and at a time to be determined by the court after this motion is fully briefed before the Honorable John R. Tunheim either in person at the United States Courthouse, 300 South Fourth Street, Courtroom 14E, Minneapolis, Minnesota 55415, or remotely wherein the Court will provide a Zoom link before the hearing.

Dated: April 5, 2023          **KATHRYN M. KEENA**
                                               **DAKOTA COUNTY ATTORNEY**

                                               By: /s/William M. Topka
                                                      William M. Topka (#0339003)
                                               Assistant County Attorney
                                               1560 Highway 55
                                               Hastings, Minnesota 55033
                                               (651) 438-4438
                                               william.topka@co.dakota.mn.us

*Attorneys for Domenic Scudera, Daniel Hoover, Jacob Kurschner, Ryan Puls, Ryan Bohland, and Dakota County*